DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL MASON MEGILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>                      Plaintiff,      )<br>                                       )<br>     v.                                )<br>                                       )<br>                                       )<br>                                       )<br>MICHAEL MASON MEGILL and               )<br>JEREMY ROSS MEGILL,                    )<br>                                       )<br>                      Defendants.     )<br>_____ | NO. CR.08-0030-GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: May 9, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant Michael Mason Megill, and CHRISTOPHER HAYDN-MYER, attorney for Defendant Jeremy Ross Megill, that the status conference previously set for April 25, 2008 be continued to May 9, 2008 at 9:00 a.m.

This continuance is being requested because both defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received plea offers from the government and need additional time to discuss the plea offers and continue plea

negotiations.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 9, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

                                            Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED:   April 22, 2008             /s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
Michael Mason Megill

DATED:  April 22, 2008             /s/ RACHELLE BARBOUR
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Jeremy Ross Megill

                                            McGREGOR SCOTT
United States Attorney

DATED: April 22, 2008             /s/ RACHELLE BARBOUR for
SEAN FLYNN
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The previously set status conference is continued to May 9, 2008. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  April 25, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge