```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL MEGILL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S. 08-030-GEB |
| Plaintiff, | **STIPULATION FOR ORDER EXTENDING DATE FOR SELF-SURRENDER; ORDER** |
| v. | |
| MICHAEL MEGILL, | Judge: Hon. Garland E. Burrell Jr. |
| Defendant. | |

Defendant, through counsel, hereby requests an extension of his self-surrender date one week from November 7, 2008 to December 5, 2008 at 2:00 p.m.  The United States does not oppose this request.

Mr. Megill seeks an extension of time to self-surrender because he has not yet been designated to an institution by the BOP.  The Marshals and BOP have indicated that designation is taking longer than usual because Mr. Megill is a former BOP employee.  Mr. Megill intends to turn himself in as soon as a facility is designated.

//

//

Based upon the foregoing, the parties stipulate and request that this Court enter an Order extending the self-surrender date to December 5, 2008, at 2:00 p.m.

Dated:  November 5, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender


McGREGOR SCOTT
United States Attorney


By /s/ Sean Flynn
SEAN FLYNN
Asst. U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The date of November 7, 2008 for self-surrender is vacated.  The new date of December 5, 2008 at 2:00 p.m. is set for self-surrender.

Dated:  November 5, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2